IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MELISSA S. JOHNSON                                       PLAINTIFF

V.                             4:20CV00316 JM

C.R. BARD, INC. and BARD
PERIPHERAL VASCULAR, INC.                      DEFENDANTS

## ORDER

Pending is the Joint Motion to Transfer Venue. Based upon the parties' motion, it appears that venue properly lies in the Northern District of Illinois, Eastern Division. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Northern District of Illinois, Eastern Division. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transmit a copy of this Order and the original file of this Court to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

IT IS SO ORDERED this 19th of May, 2021.

_____
UNITED STATES DISTRICT JUDGE